**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FOUNTAIN EQUIPMENT FINANCE, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cv-02985 |
| v. | ) | |
| | ) | |
| | ) | Hon. Judge Steven C. Seeger |
| **ELK GROVE TRUCK SALES, INC.,** | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT
AGAINST ELK GROVE TRUCK SALES, INC.**

Fountain Equipment Finance, LLC, and Elk Grove Truck Sales, Inc. (collectively, the "Parties"), through their undersigned counsel, for their Joint Motion for Entry of Consent Judgment Against Elk Grove Truck Sales, Inc., state as follows:

1. The Parties have reached agreement to resolve this lawsuit by entry of a Consent Judgment against Elk Grove Truck Sales, Inc., in the amount of $399,340, with each side to bear their own costs and attorneys' fees.

WHEREFORE, the Parties request entry of a Consent Judgment Against Elk Grove Truck Sales, Inc., as set forth on **Exhibit A** hereto.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Christopher C. Kendall | /s/ Senad Bajrovic |
| Counsel for Plaintiff | Counsel for Defendant |
| Christopher C. Kendall (6209003) | Senad Bajrovic |
| Martha Herrera (6309236) | Atlas SN Holding |
| The Law Office of Christopher C. Kendall, P.C. | 2500 East Devon Ave. |
| 190 S. LaSalle Ste. 3850, Suite 3850 | Elk Grove Village, IL 60007 |
| Chicago, Illinois 60603 | 224/875-3084 |
| 312/444-9505 | senad@atlassnholding.com |
| ckendall@ckendall.com | |